UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TAMMIE SERTIC,

    Plaintiff,

v.

MICHIGAN BELL TELEPHONE
COMPANY d/b/a AT&T MICHIGAN,
a Michigan corporation,

    Defendant.
_____/

Case No. 13-cv-12487
Hon. Marianne O. Battani
Mag. Mona K. Majzoub

| | |
|---|---|
| GERALD D. WAHL (P26511)<br>STERLING ATTORNEYS<br>AT LAW, P.C.<br>Attorney for Plaintiff<br>33 Bloomfield Hills Parkway, Suite 250<br>Bloomfield Hills, MI  48304<br>(248) 644-1500<br>gwahl@sterlingattorneys.com | RICHARD M. TUYN (P29091)<br>ALLYSON A. MILLER (P71095)<br>OGLETREE, DEAKINS, NASH,<br>SMOAK & STEWART, PLLC<br>Attorneys for Defendant<br>34977 Woodward Avenue, Suite 300<br>Birmingham, MI  48009<br>(248) 593-6400<br>richard.tuyn@ogletreedeakins.com<br>allyson.miller@ogletreedeakins.com |

**STIPULATED ORDER OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Tammie Sertic and Defendant Michigan Bell Telephone Company, that Plaintiff's Complaint, including all claims raised or which could have been raised against Defendant and its parent or affiliated companies, as of the date of the entry of this

Order, are dismissed with prejudice and without costs, interest or attorney fees to any party.

**THIS IS A FINAL ORDER THAT DISPOSES OF ALL CLAIMS IN THIS CASE.**

**IT IS SO ORDERED.**

Dated: <u>May 1, 2014</u>　　　　　　　　　　s/Marianne O. Battani
　　　　　　　　　　　　　　　　　　　　Hon. Marianne O. Battani

APPROVED AS TO FORM AND CONTENT:

/s/Gerald D. Wahl (w/permission)　　　/s/Allyson A. Miller
GERALD D. WAHL (P26511)　　　　　RICHARD M. TUYN (P29091)
Sterling Attorneys at Law, P.C.　　　　ALLYSON A. MILLER (P71095)
Attorney for Plaintiff　　　　　　　　Ogletree, Deakins, Nash, Smoak
　　　　　　　　　　　　　　　　　　& Stewart, PLLC
　　　　　　　　　　　　　　　　　　Attorneys for Defendant